TRUDI G. MANFREDO, Bar No. 166474
Chapter 7 Trustee
377 W. Fallbrook Ave., Ste. 102
Fresno, California 93711
Telephone: (559) 242-5577
Facsimile: (559) 513-8148

FILED
DEC 21 2016
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| In the Matter of | Case No. 15-12196-A-7 |
| LIBERTY ANIMAL CONTROL SERVICES, LLC., | Chapter 7 |
| Debtor(s). | **TURNOVER OF UNCLAIMED FUNDS** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Please find submitted herewith check #3004 in the sum of $7,488.58 representing unclaimed dividends in the above-named case. The name and address of the claimant entitled to said unclaimed dividends is:

Liberty Control Animal Services, LLC　　　　$7,488.58
1735 Villa Ave.
Clovis, CA 93612

Dated: 12-15-16

/s/ Trudi G. Manfredo
TRUDI G. MANFREDO, TRUSTEE

1