TRUDI G. MANFREDO, Bar No. 166474
Chapter 7 Trustee
377 W. Fallbrook Ave., Ste. 102
Fresno, California 93711
Telephone: (559) 242-5577
Facsimile: (559) 513-8148

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| In the Matter of | Case No. 15-12196-A-7 |
| LIBERTY ANIMAL CONTROL SERVICES, LLC, | Chapter 7 |
| Debtor(s). | **AMENDED TURNOVER OF UNCLAIMED FUNDS** |

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Please find submitted herewith check #3004 in the sum of $7,488.58 representing unclaimed funds in the above-named case. The name and address of the claimant entitled to said unclaimed funds is:

Liberty Animal Control Services, LLC         $7,488.58
1735 Villa Ave.
Clovis, CA 93612

Funds were not sufficient to administer estate. Numerous attempts to return funds to debtor were made.

Dated: 12-23-16

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Trudi G. Manfredo*
　　　　　　　　　　　　　　　　　　　　　　　　TRUDI G. MANFREDO, TRUSTEE

1